UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ESTATE OF JESSE AGUIRRE, DECEASED, BLANCA AGUIRRE, INDIVIDUALLY AND AS NEXT FRIEND OF JESSE AGUIRRE, JR. | § | |
| VS. | § | CIVIL ACTION NO. 5:15-cv-00371 |
| CITY OF SAN ANTONIO, OFFICER CRISTINA GONZALES, OFFICER ROBERTO MENDEZ, OFFICER JENNIFER MORGAN, OFFICER BETTINA ARREDONDO, OFFICER RONALD HALEY, OFFICER BENITO JUAREZ, OFFICER ROBERT ENCINA AND OFFICER DOUGLAS GREENE | § | |

**DEFENDANTS CITY OF SAN ANTONIO, CRISTINA GONZALES, ROBERTO MENDEZ, JENNIFER MORGAN, BETTINA ARREDONDO, RONALD HALEY, BENITO JUAREZ, ROBERT ENCINA AND DOUGLAS GREENE'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME Defendants City of San Antonio, Cristina Gonzales, Roberto Mendez, Jennifer Morgan, Bettina Arredondo, Ronald Haley, Benito Juarez, Robert Encina and Douglas Greene in the above-styled and numbered cause, and pursuant to 28 U.S.C. Sections 1331 and 1441(b) file this Notice of Removal, and in support thereof would respectfully show unto the Court as follows:

1. On April 13, 2015, Plaintiffs filed Plaintiffs' Original Petition and Request for Disclosure in the 224th Judicial District Court of Bexar County, Texas. Among other causes of action alleged by Plaintiffs against Defendants, Plaintiffs allege a cause of action pursuant to 42 U.S.C. § 1983, claiming that Defendants violated the Plaintiffs' Fourth and Fourteenth Amendment rights under the United States Constitution.

2. Plaintiffs further allege Defendants violated the decedent's right to his bodily integrity and his constitutional rights when the Defendant officers allegedly suffocated him while handcuffed with his hands behind his back, face down on the ground in a prone position with excessive weight on him restricting his ability to breathe.

3. Plaintiffs additionally allege the Defendants lacked proper training or were inadequately trained on the use and risk of positional asphyxiation. More specifically, Plaintiffs allege the following: Defendant City of San Antonio's "failure to properly train, supervise, regulate, and/or discipline officers who routinely use excessive force in making arrests", and their failure "to otherwise control their employees and the failure to promulgate proper guidelines for the use of force and deadly force constitutes an official policy, practice or custom of condoning unjustified use of deadly force in violation of the constitutional rights of the decedent and others and serves to condone the illegal behavior as alleged." These "actions and inactions by the City of San Antonio constitute an unconstitutional policy or custom which violated Plaintiffs' Fourth and Fourteenth Amendments to the United States Constitution."

4. Pursuant to 28 U.S.C. §1446(a), attached to this Notice of Removal are copies of all process and pleadings served upon Defendants in the removed case. (*See* Exhibit "A".) As of the time of filing this Notice of Removal, all Defendants have been served with citation.

5. This Notice of Removal is timely filed under 28 U.S.C. §1446(b) because the removal is filed within thirty (30) days after Defendants first received a copy of Plaintiffs' Original Petition and Request for Disclosure.

6. The claims asserted against Defendants are civil actions over which this Court has original jurisdiction under the provisions of 42 U.S.C. §1983, and alleged deprivations of Plaintiffs' Constitutional rights pursuant to the Fourth and Fourteenth Amendments to the United States Constitution. Plaintiffs' claims therefore arise under the laws of the United States. Plaintiffs seek actual and exemplary damages against Defendants.

7. Venue is proper in this district under 28 U.S.C. §1446(a), because Bexar County, Texas, where the removed action is pending, is within the San Antonio Division of the United States District Court for the Western District of Texas.

8. To the extent Plaintiffs are asserting any state law causes of action, Defendants would show that the United States District Court has jurisdiction over Plaintiffs' pendent state law claims pursuant to the Court's supplemental jurisdiction, because those claims arise out of and are derived from a common nucleus of operative facts which form the basis of Plaintiffs' federal civil claims.

9. Defendants also assert they will pay all costs and debts incurred in the removal proceeding should the court determine this action is not removable or is improperly removed.

10. Pursuant to 28 U.S.C. §1446(d), Defendants intend to serve written notice of this removal upon all interested parties and upon the State Court, promptly after filing this Notice of Removal.

WHEREFORE, PREMISES CONSIDERED, Defendants hereby effectuate a removal of the present cause of action to this Honorable United States District Court.

Respectfully submitted,

**HOBLIT DARLING RALLS HERNANDEZ & HUDLOW, LLP**
Bank of America Plaza
300 Convent Street, Suite 1450
San Antonio, Texas 78205
Telephone: (210) 224-9991
Facsimile: (210) 226-1544
Email: mralls@hfdlaw.com

BY: ______________________________
**N. MARK RALLS**
State Bar No. 16489200

ATTORNEY FOR DEFENDANTS,
OFFICERS CRISTINA GONZALES, ROBERTO MENDEZ, JENNIFER MORGAN, BETTINA ARREDONDO, RONALD HALEY, BENITO JUAREZ, ROBERT ENCINA, AND DOUGLAS GREENE

**CITY OF SAN ANTONIO**
Office of the City Attorney - Litigation Division
111 Soledad St., 10th Floor
San Antonio, TX 78205
Telephone: (210) 207-8784
Facsimile: (210) 207-4357

BY: /s/ Michael D. Siemer
**MICHAEL D. SIEMER**
State Bar No: 18343670

ATTORNEY FOR DEFENDANT,
CITY OF SAN ANTONIO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been sent to the following, by the method indicated, on the 8th day of May, 2015, to:

Matthew Neal Gossen — ***Via Facsimile: 210-366-8072***
LAW OFFICES OF MATTHEW GOSSEN
8000 IH-10 West, Suite 600
San Antonio, Texas 78230
***Co-Counsel for Plaintiff***

Edward L. Pina — ***Via Facsimile: 210-614-6403***
EDWARD L. PINA & ASSOCIATES, P.C.
8118 Datapoint Drive
San Antonio, Texas 78229
***Co-Counsel for Plaintiff***

**N. MARK RALLS**