J. Rod McCutcheon
Record of Deposition and Trial Testimony
CY 2009 thru CY 2014

| Date | Case | Court | Location | Type |
|---|---|---|---|---|
| 01/14/09 | State v. Lesher; Cause No. CR01316 | Red River County; 102nd Dist. (Venue change) | McKinney | Trial |
| 01/16/09 | Becker v. Fast Eddie's (Cause No. D-1-GN-08-000894 | 200th District Court of Travis County, Texas | Austin | Depo |
| 01/28/09 | Sierra v. Gonzalez (Cause No. 2007-34992) | 157th District Court of Harris County, Texas | Houston | Depo |
| 02/20/09 | State v. Valerie Hernandez | CC#12 - Judge Merey | San Antonio | Trial |
| 04/07/09 | Price v. Takata (Cause NO. 2:08-CV-151-J) | US District Court for the Northern District of TX | Amarillo | Trial |
| 04/24/09 | Shouse v. Smokey's Pit Stop (Cause No. 2006-1325) | 168th District Court, El Paso | San Antonio | Depo |
| 09/25/09 | Texas Mutual v. Chris McCall; Cause No.2008-544,251) | 237th Dist Court;Lubbock, Tx | San Antonio | Depo |
| 12/07/09 | Chavez v. Kansas City RR (Cause no 2007-CVE 347D4 | 82nd Dist Court, Webb, Tx | Laredo | Trial |
| 12/21/09 | Meador v. Sullivan Sales (Cause No 2008-10-5954 | 138th Dist Court; Cameron County | San Antonio | Depo |
| 06/09/10 | Talamantes v. Dean Word Co.(CS# 08-19776-DCV) | 293rd District Court, Dimmit County, Tx | San Antonio | Depo |
| 06/17/10 | State v. Corlette | CC#8; San Antonio | San Antonio | Trial |
| 07/20/10 | Roman v. HEB (Cause No 08-06-23650-MCV | 293rd District Court; Maverick County, TX | San Antonio | Depo |
| 09/01/10 | Zucco v. TxDOT (Cause No 401-01566-2009) | 204th District Court - Collin County, TX | San Antonio | Depo |
| 09/15/10 | Zucco v. TxDOT | 204th District Court - Collin County, TX | McKinney | Trial |
| 10/11/10 | Claudio-Garza v. FedEx Corp; Cause No 2008-CI-20501 | 57th Judicial District , Bexar County | San Antonio | Depo |
| 11/16/10 | State v. Glen Byars | 187th Judicial District, Bexar County, TX | San Antonio | Trial |
| 01/19/11 | State v. Nadia Maharaji | 226th Judicial District, Bexar County, TX | San Antonio | Trial |
| 02/11/11 | Quickley v. Torres; Cause No. 2006-1850 | County Court No. 6, El Paso county, Texas | San Antonio | Depo |
| 01/19/11 | State v. Nadia Maharaji | 226th Judicial District Court, Bexar County | San Antonio | Trial |
| 02/11/11 | Quickley v Graham Central Station | County Court #6, El Paso, Cause No. 2006-1850 | San Antonio | Depo |
| 05/04/11 | Maderazzo v. Aguilera; Cause No. 2009-CI-07418 | 37th Judicial Dist. Court, Bexar County | San Antonio | Depo |
| 07/11/11 | Perez v Bowl El Paso | County Court #3, El Paso; Cause No. 2007-2401 | San Antonio | Depo |
| 07/12/11 | Calamaco v. Dugga Boys; Cause No. S-07-5441CV-C | 343rd Judicial Dist.; San Patricio County | San Antonio | Depo |
| 07/26/11 | Breckwoldt v Hank's Grill; Cause No A1602397-2009 | 416th Judicial Dist; Collin County | Dallas | Depo |
| 08/29/11 | Decoteau v Cardoza; Cause No. 2007-4085 | 171st Judicial Dist.; El Paso County | Dallas | Depo |
| 11/08/11 | Razo v. Cerda; Cause No. 2010CI07692 | 428th Judicial District of Bexar County Texas | San Antonio | Trial |
| 02/13/12 | Curtis v. Honda; Civil Action No. 2-10-CV-324 Jury | US District Court for the Eastern District of Texas | San Antonio | Depo |
| 02/15/12 | Benavidez v. Klein; Cause No. 2009CVE000852-D1 | 49th Judicial District; Webb County, Texas | Laredo | Trial |
| 03/02/12 | Herrera v. Cadena; Cause No. 2010CVE001477 D4 | 49th Judicial District; Webb County, Texas | San Antonio | Depo |
| 06/15/12 | Hendricks v Ford Motor Co.; Cause No. DO39275 | UD District Court - Eastern District, Texas; | Dallas | Depo |
| 10/31/12 | Hendricks v Ford Motor Co.; Cause No. DO39276 | UD District Court - Eastern District, Texas; | Sherman | Trial |
| 11/01/12 | Noguez v Kansas City Southern RR; No 2010-DVV-6717-F | 148th Nueces County Judicial District, Texas | Dallas | Depo |
| 11/12/12 | McKenzie v. High Expectations; No. 11-04658 | 101st Judicial District Court of Dallas County, TX | Dallas | Depo |
| 02/07/13 | Garcia v. Zuniga; Cause No. 10-3-69858-B | 135th Judicial District Court of Victoria, TX | Dallas | Depo |
| 02/12/13 | Robles v. Entertainment Concepts | 190th Judicial District Court of Harris County, TX | San Antonio | Depo |
| 06/14/13 | Villarreal v Troy Const.;Cause No. 2010-CVT-001888-D2 | 111th Judicial District Court of Webb County, TC | San Antonio | Depo |
| 06/25/13 | Villarreal v Troy Const.;Cause No. 2010-CVT-001888-D2 | 111th Judicial District Court of Webb County, TC | Laredo | Daubert |
| 07/11/13 | Villarreal v Troy Const.;Cause No. 2010-CVT-001888-D2 | 111th Judicial District Court of Webb County, TC | Laredo | Trial |
| 08/03/13 | Stovall v. AW Trucking | 377th Judicial District Court of Victoria County, TX | Dallas | Depo |
| 01/27/14 | Bailey v. Dallas County;Cause No. 3:09-cv-00865-K | US District Court - Northern Division - Dallas Co, TX | Dallas | Depo |
| 01/28/14 | Garcia v. Zuniga; Cause No. 10-3-69858-B | 135th Judicial District Court of Victoria Co, TX | Victoria | Trial |
| 5/28/2014 | State v. Mallory; Cause No. 2009CR4541 | 379th Judicial District Court of Bexar Co, TX | San Antonio | Trial |
| 7/10/2014 | De La Cruz v Zimco Marine; Cause No. 2013-DCL-5069-E | 357th Judicial District Court of Cameron County | Brownsville | Depo |
| 12/3/2014 | Carreon v. MORCO; Cause No. D-101-CV-2014-00464 | Sante Fe County, New Mexico | San Antonio | Depo |
| 12/23/2014 | Mack v. Abrego; Cause No. 2013-CI-09961 | $5th Judicial District of Bexar County | San Antonio | Depo |
| 7/23/2015 | Leos-Ortiz v. Ford; CA No. 7:11-CV-158 | US Southern District - McAllen Division | Dallas | Depo |
| 9/29/2015 | Sifuentes v. Kidde; Cause No. 2010-4168 | 327th District Court, El Paso, TX | Dallas | Depo |
| 10/26/2015 | State of Texas v. Louis Ramos; CR-15-0603 | 22nd District Court, Hays County, TX | San Marcos | Trial |

EXHIBIT "I"