UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ESTATE OF JESSE AGUIRRE, § <br> DECEASED, BLANCA AGUIRRE, § <br> INDIVIDUALLY AND AS NEXT FRIEND § <br> OF JESSE AGUIRRE, JR., § <br> § <br> *v.* § <br> § <br> CITY OF SAN ANTONIO; OFFICER § <br> CRISTINA GONZALES, OFFICER § <br> ROBERTO MENDEZ, OFFICER § <br> JENNIFER MORGAN, OFFICER § <br> BETTINA ARREDONDO, OFFICER § <br> RONALD HALEY, OFFICER BENITO § <br> JUAREZ, OFFICER ROBERT ENCINA, § <br> AND OFFICER DOUGLAS GREENE, § | SA-15-CV-00371-DAE |

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

ON THIS DAY, came on to be considered Defendant **CITY OF ANTONIO'S** Motion for Summary Judgment, and the Court having considered the Motion, and evidence in support thereof, finds said Motion to be meritorious.

IT IS THEREFORE, ORDERED, that Defendant **CITY OF ANTONIO'S** Motion for Summary Judgment be, in all things, GRANTED, and that Plaintiffs' causes of action against it should be, and are hereby, in all things, DISMISSED, with prejudice to the re-filing of same.

SIGNED this _____ day of _____ 2016.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE