## NO. 2016-PC-2453

| | | |
|---|---|---|
| IN RE:  ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| JESSE AGUIRRE, | § | NUMBER ONE |
| | § | |
| DECEASED | § | BEXAR COUNTY, TEXAS |

### AGREED ORDER GRANTING AGREED AMENDED MOTION AND APPLICATION TO AUTHORIZE SETTLEMENT AS TO THE ESTATE OF JESSE AGUIRRE, DECEASED, AND MINOR JESSE AGUIRRE, JR.

Came on this day to be considered, Applicant, Movant, Dependent Administrator, and Next Friend Blanca Aguirre's Agreed Amended Motion and Application to Authorize Settlement as to the Estate of Jesse Aguirre, Deceased, and Minor Jesse Aguirre, Jr. in *Blanca Aguirre as Dependent Administrator and Representative of the Estate of Jesse Aguirre, Deceased, Blanca Aguirre, Individually, and Blanca Aguirre as Next Friend of Jesse Aguirre, Jr. vs. Officer Cristina Gonzales, Officer, Roberto Mendez, Officer Jennifer Morgan, and Officer Bettina Arredondo*, Civil Action Number SA:15-CV-00371-DAE, pending in the United States District Court for the Western District of Texas, San Antonio Division.

After consideration of the evidence and information presented, the Court finds that conditional settlement of Civil Action Number SA:15-CV-00371-DAE is in the best interest of both the Estate of Jesse Aguirre, Deceased, and minor Jesse Aguirre, Jr.

IT IS THEREFORE ORDERED that Applicant, Movant, Dependent Administrator, and Next Friend Blanca Aguirre's Agreed Amended Motion and Application to Authorize Settlement as to the Estate of Jesse Aguirre, Deceased, and Minor Jesse Aguirre, Jr., is, in all things, hereby GRANTED. IT IS FURTHER ORDERED that Blanca Aguirre hereby has the authority to settle *Blanca Aguirre as Dependent Administrator and Representative of the Estate of Jesse Aguirre, Deceased, Blanca Aguirre, Individually, and Blanca Aguirre as Next Friend of Jesse Aguirre, Jr. vs. Officer Cristina Gonzales, Officer, Roberto Mendez, Officer Jennifer Morgan, and Officer Bettina Arredondo*, Civil Action Number SA:15-CV-00371-DAE, pending in the United States District Court for the Western District of Texas, San Antonio Division, on behalf of the Estate of Jesse Aguirre, Deceased, as its Dependent Administrator, and on behalf of minor Jesse Aguirre, Jr., as his Next Friend, and to take allocations and sign all documents necessary to implement and effectuate such settlement.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

SIGNED this _____ day of _7/5/2022_____, 2022.

PRESIDING JUDGE

PROBATE COURT NO. 1, BEXAR COUNTY

FILED

7/6/2022

mjc

LUCY ADAME-CLARK
CLERK PROBATE COURT NO. 1
BEXAR COUNTY, TEXAS
BY

**AGREED TO BY:**

By: */s/ Edward L. Piña*
**EDWARD L. PIÑA**
State Bar No. 16011352
**MATTHEW GOSSEN**
State Bar No. 24069814
**EDWARD L. PIÑA & ASSOCIATES, P.C.**
*The Ariel House*
8118 Datapoint Drive
San Antonio, Texas 78229
Telephone: (210) 614-6400
Facsimile: (210) 614-6403
Email: epina@arielhouse.com
Email: mossen@arielhouse.com

**COUNSEL FOR APPLICANT, MOVANT, AND PLAINTIFFS** *Blanca Aguirre as Dependent Administrator and Representative of the Estate of Jesse Aguirre, Deceased, Blanca Aguirre, Individually, and Blanca Aguirre as Next Friend of Jesse Aguirre, Jr.*

**AND**

By: _____
**SHEKINAH HAMMONDS DAVIS**
State Bar No. 24069092
Hammonds Davis Law, PLLC
3004 Nacogdoches Road
San Antonio, Texas 78217
Telephone: (210) 930-4300
Facsimile: (210) 804-1298
Email: ShekinahH@whitehead-elderlaw.com

**ATTORNEY AD LITEM for** *Jesse Aguirre, Jr.*

AND

By: _____
**BLANCA AGUIRRE**

*Movant and Applicant, Dependent Administrator and Representative of the Estate of Jesse Aguirre, Deceased, Next Friend of Jesse Aguirre, Jr., and Individually*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Edward Pina on behalf of Edward Pina
Bar No. 16011352
epina@arielhouse.com
Envelope ID: 65987593
Status as of 7/1/2022 4:38 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|-------------------|--------|
| Edward L. Pina | 16011352 | epina@arielhouse.com | 7/1/2022 4:33:31 PM | SENT |
| Matthew Gossen | | MGossen@arielhouse.com | 7/1/2022 4:33:31 PM | SENT |