# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **BLANCA AGUIRRE AS DEPENDENT ADMINISTRATOR AND REPRESENTATIVE OF THE ESTATE OF JESSE AGUIRRE, DECEASED, BLANCA AGUIRRE, INDIVIDUALLY, AND BLANCA AGUIRRE AS NEXT FRIEND OF JESSE AGUIRRE, JR.,** | § § § § § § § § § | |
| *Plaintiffs,* | § § | |
| VS. | § § § | **CASE NO. 5:15-CV-00371-DAE** |
| **OFFICER CRISTINA GONZALES, OFFICER ROBERTO MENDEZ, OFFICER JENNIFER MORGAN, AND OFFICER BETTINA ARREDONDO,** | § § § § § § § | |
| *Defendants*. | § | |

## AGREED ORDER

Came on this day to be considered the documents submitted by the parties, *Plaintiff* BLANCA AGUIRRE AS DEPENDENT ADMINISTRATOR AND REPRESENTATIVE OF THE ESTATE OF JESSE AGUIRRE, DECEASED, BLANCA AGUIRRE, INDIVIDUALLY, AND BLANCA AGUIRRE AS NEXT FRIEND OF JESSE AGUIRRE, JR., A MINOR, and *Defendants*, OFFICER CRISTINA GONZALES, OFFICER ROBERTO MENDEZ, OFFICER

JENNIFER MORGAN, AND OFFICER BETTINA ARREDONDO (collectively, the "parties"), memorializing the settlement agreement of the above-styled and numbered cause.

It appearing that the parties have settled all claims between all parties before the Court resulting in monetary compensation to the Plaintiff and her attorneys in the total amount of $466,300.00, less attorney fees, expenses and costs of court. It further appearing that of the $466,300.00, $100,000.00 will be paid to Blanca Aguirre as Dependent Administrator and Representative of the Estate of Jesse Aguirre, Deceased (the "Estate"), and Edward L. Piña & Associates, P.C., $200,000.00 will be paid to Blanca Aguirre as Next Friend of Jesse Aguirre, a minor, and Edward L. Piña & Associates, P.C., and $166,300.00 will be paid to Blanca Aguirre, Individually, and Edward L. Piña & Associates, P.C.; and it further appearing that Probate Court Number 1, Bexar County, Texas, has determined that the heirs of the Estate of Jesse Aguirre, Sr. are Blanca Aguirre and Jesse Aguirre, Jr., and that as an heir, Jesse Aguirre, Jr., is entitled to receive two-thirds (2/3) of the Estate's settlement funds, less attorney fees, expenses and costs of court, and Blanca Aguirre is entitled to receive one-third (1/3) of the Estate's settlement funds, less attorney fees, expenses and costs of court; and it further appearing that Plaintiff, Jesse Aguirre, Jr. is a minor at this time, the Court hereby ORDERS that all settlement sums, less attorney fees, expenses and costs of court, due to Jesse Aguirre, Jr., a minor, shall be deposited into the registry of the United States District Court

Clerk's Office until such time as Jesse Aguirre, Jr. attains the age of majority and presents proof of same by written Motion to the Court for release of the funds.

The Clerk of the Court is hereby ORDERED to deposit all such funds of Jesse Aguirre, Jr. into an interest-bearing account of a federally insured depository institution for the benefit of Jesse Aguirre, Jr.

IT IS SO ORDERED, ADJUDGED, AND DECREED.


SIGNED this _____ day of _____, 2022.


                                          **JUDGE DAVID A. EZRA**
                                          SENIOR UNITED STATES DISTRICT JUDGE

---
**AGREED TO BY:**

By: */s/ Edward L. Piña*
**EDWARD L. PIÑA**
State Bar No. 16011352
**MATTHEW GOSSEN**
State Bar No. 24069814
**EDWARD L. PIÑA & ASSOCIATES, P.C.**
*The Ariel House*
8118 Datapoint Drive
San Antonio, Texas 78229
Telephone: (210) 614-6400
Facsimile: (210) 614-6403
Email: epina@arielhouse.com
Email: mossen@arielhouse.com

**COUNSEL FOR PLAINTIFFS** *Blanca Aguirre as Dependent Administrator and Representative of the Estate of Jesse Aguirre, Deceased, Blanca Aguirre, Individually, and Blanca Aguirre as Next Friend of Jesse Aguirre, Jr.*

**AND**

By: [signature]
**N. MARK RALLS**
State Bar No. 16489200
**HOBLIT DARLING RALLS HERNANDEZ & HUDLOW LLP**
6243 I.H. 10 West, Suite 601
San Antonio, Texas 78201
Telephone: (210) 224-9991
Facsimile: (210) 226-1544
Email: mralls@hdr-law.com

**COUNSEL FOR DEFENDANTS** *Officer Cristina Gonzales, Officer Roberto Mendez, Officer Jennifer Morgan, and Bettina Arredondo*
